UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 21st JDC DISTRICT ATTORNEY, SCOTT M. PERRILLOUX, )  Plaintiff, )  v. )  DEPT. OF TREASURY, INTERNAL REVENUE SERVICE, AND DEPARTMENT OF CHILDREN AND, FAMILY SERVICES, CHILD SUPPORT ENFORCEMENT, )  Defendants. ) | Civil Action No. 20-899  JUDGE _____  MAG. JUDGE _____  Formerly No. 2020-0000586 F  21st Judicial District Court  Parish of Tangipahoa  State of Louisiana |

**NOTICE OF REMOVAL OF CIVIL ACTION**

The United States gives notice of the removal of this matter entitled <u>Scott M. Perrilloux v. Dept. of Treasury, Internal Revenue Service, et al</u>, No. 2020-0000586 F, 21st Judicial District Court, Tangipahoa Parish, State of Louisiana, and respectfully represents as follows:

1. On February 21, 2020, and within the above-named civil action, the 21st JDC District Attorney, Scott M. Perrilloux filed his Petition for Concursus and Order to Deposit Funds into the Registry of the Court pursuant to Louisiana Code of Civil Procedure arts. 4651-4662.

2. Through that petition, Perrilloux seek to deposit funds in the amount of $90,896.00 into the registry of the Court so that the claimants to those funds may assert their interests and be paid. According to the petition, the $90,896.00 are proceeds of an asset forfeiture and were seized by a seizure warrant signed by a judge of the 21st Judicial District Court. The United States asserts an interest in the funds by virtue of its federal tax lien, which arose on the dates taxes were assessed and a notice of which was filed with the Clerk of Court of Livingston Parish on May 22, 2017.

1

18473437.4

3. Copies of the petition for concursus and order are attached to this Notice of Removal. Petitioner served these documents on the United States Attorney for the Eastern District of Louisiana on March 10, 2020. We do not know if the Petitioner served the Attorney General.

4. This action may be removed to the United States District Court for the Eastern District of Louisiana pursuant to Title 28, United States Code, sections 1442(a)(1) and 1444.

5. This Notice of Removal is filed within the time prescribed by Title 28, United States Code, section 1446(b).  Pursuant to Title 28, United States Code, section 1446(d), written notice of this removal is being provided to all adverse parties, and a copy of this notice is being filed with the Clerk of the 21st Judicial District Court, Tangipahoa Parish, State of Louisiana.

6. The United States reserves all defenses that relate to jurisdiction, insufficiency of process and service of process, sovereign immunity, and any and all defenses in law and fact it has or may have.

WHEREFORE, pursuant to this Notice, the United States removes the matter entitled <u>Scott M. Perrilloux v. Dept. of Treasury, Internal Revenue Service, et al</u>, No. 2020-0000586 F now pending in the 21st Judicial District Court, Tangipahoa Parish, State of Louisiana, to the United States District Court for the Eastern District of Louisiana for such further proceedings as may be appropriate.

Dated: March 16, 2020    Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By:  /s/ Aaron C. Brownell

AARON C. BROWNELL
FL. Bar No. 126213

                                                Trial Attorney, Tax Division
                                                Department of Justice
                                                P.O. Box 14198
                                                Washington, DC 20044
                                                Telephone: (202) 514-6070
                                                aaron.c.brownell@usdoj.gov

18473437.4

CERTIFICATE OF SERVICE

      I certify that true and correct copies of the foregoing Notice of Removal of Civil Action, has been served upon the following by depositing copies in the United States mail, first class postage prepaid, this 16th day of March, 2020:

Terrence Callahan
Through his attorney
Nicole Burdett
607 St. Charles Ave., STE 300
New Orleans, LA 70130

Kathy C. Alford
Supervising Attorney
Department of Children and Family Services
606 S. First St.
Amite, LA 70422
(Defendant on the Concursus)

Scott M. Perrilloux
c/o LeAnne Malnar
110 N. Bay Street
Courthouse Bldg., Rm 204
Amite, LA 70422
(Counsel for Petitioner on the Concursus)

                                              /s/ Aaron C. Brownell

                                              AARON C. BROWNELL
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice